In the Matter of the Taxation of Estate of David

## FIFTH DEPARTMENT, JANUARY TERM, 1890.

F. Hall. Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*